AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

V.

HANK'S BACKHOE SERVICE, INC., an Illinois corporation, a/k/a HBS EXCAVATING, INC.

CASE NUMBER: **08 C 221**

ASSIGNED JUDGE: **JUDGE KOCORAS**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Hank's Backhoe Service, Inc.
c/o Anthony N. Hernandez, Registered Agent/President
132 Allen Avenue B          or          518 Nez Perce Lane
Grayslake, IL  60030                    Lake Villa, IL  60046

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patrick N. Ryan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Anya Ellis* (signature)

(By) DEPUTY CLERK

January 10, 2008
Date

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 1 08-CV-00221

PLAINTIFF:
**William E. Dugan, et al.,**

vs.

DEFENDENT:
**Hank's Backhoe Service, Inc.,**

Received by VTS Investigations on the 17th day of January, 2008 at 6:31 am to be served on **Hank's Backhoe Service, Inc., C/O Anthony N. Hernandez, 132 Allen Avenue B, Grayslake, IL 60030**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **24th day of January, 2008** at **10:25 am**, I:

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, NOTIFICATION OF DOCKET ENTRY**, with the date and hour of service endorsed thereon by me, to: **Cynthia Hill** as **Registered Agent** at the address of: **132 Allen Avenue B, Grayslake, IL 60030** on behalf of **Hank's Backhoe Service, Inc.,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 42, Sex: F, Race/Skin Color: White, Height: 5'10, Weight: 150, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

Robert C. Regalado - Process Server

Subscribed and Sworn to before me on the 24th day of January, 2008 by the affiant who is personally known to me

NOTARY PUBLIC

VTS Investigations
P.O. Box 971
Elgin, IL 60121
(847) 888-4464

Our Job Serial Number: 2008001127

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c