IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, *et al.*,       )
                                  )
                    Plaintiffs,   )        CIVIL ACTION
                                  )
        vs.                       )        NO. 08 C 0221
                                  )
HANK'S BACKHOE SERVICE, INC.,     )        JUDGE CHARLES P. KOCORAS
an Illinois corporation, a/k/a HBS )
EXCAVATING, INC.,                 )
                                  )
                    Defendant.    )

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, HANK'S BACKHOE SERVICE, INC., an Illinois corporation, a/k/a HBS EXCAVATING, INC., in the total amount of $85,362.29, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $487.50.

On January 24, 2008, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Cynthia Hill) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on February 13, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/  Patrick N. Ryan

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 27th day of February 2008:

Mr. Anthony N. Hernandez, Registered Agent/President
Hank's Backhoe Service, Inc.
132 Allen Avenue B
Grayslake, IL   60030


Mr. Anthony N. Hernandez, Registered Agent/President
Hank's Backhoe Service, Inc.
518 Nez Perce Lane
Lake Villa, IL   60046


/s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\Hank's\motion for default judgment.pnr.df.wpd