IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 0221 |
| | ) | |
| HANK'S BACKHOE SERVICE, INC., | ) | JUDGE CHARLES P. KOCORAS |
| an Illinois corporation, a/k/a HBS | ) | |
| EXCAVATING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Mr. Anthony N. Hernandez, Registered Agent/President
      Hank's Backhoe Service, Inc.
      132 Allen Avenue B          and          518 Nez Perce Lane
      Grayslake, IL   60030                    Lake Villa, IL   60046

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **5th** day of **March 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Charles P. Kocoras, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1725, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Default and Judgment.  A copy of said motion is hereby served upon you.

/s/   Patrick N. Ryan

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 27th day of February 2008:

      Mr. Anthony N. Hernandez, Registered Agent/President
      Hank's Backhoe Service, Inc.
      132 Allen Avenue B
      Grayslake, IL   60030

      Mr. Anthony N. Hernandez, Registered Agent/President
      Hank's Backhoe Service, Inc.
      518 Nez Perce Lane
      Lake Villa, IL   60046


                                    /s/   Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\Hank's\notice of motion.pnr.df.wpd