## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 221 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Dugan et al vs. Hank's Backhoe Service, Inc. | | |

**DOCKET ENTRY TEXT**

Status and motion hearing held on 3/5/2008. Plaintiffs' motion [10] for entry of default and judgment is granted. Default judgment is entered in favor of Plaintiffs and against Defendant, Hank's Backhoe Service, Inc., a/k/a HBS Excavating, Inc. in the sum of $67,859.01 for contributions and the additional sum of $22,244,78 for liquidated damages, or a total sum of $90,103.79. The defendant has received a credit of $4,741.50 toward amounts due and owing. Plaintiffs to recover from defendant the sum of $420.00 for their costs and $67.50 as and for Plaintiffs' just and reasonable attorneys' fees. Plaintiffs recover from the defendant the total sum of $85,849.79. Plaintiffs are awarded execution for the collection of the judgments and costs granted. The Court retains jurisdiction of this cause and all of the parties for the purpose of enforcing this order. There being no just reason for delay, final judgment is hereby entered.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

00:08

| | Courtroom Deputy Initials: | SCT |
|---|---|---|