# United States District Court
## Northern District of Illinois
**Eastern Division**

| | |
|---|---|
| William E. Dugan et al | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 221 |
| Hank's Backhoe Service, Inc. | |

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs and against Defendant, Hank's Backhoe Service, Inc., a/k/a HBS Excavating, Inc. in the sum of $67,859.01 for contributions and the additional sum of $22,244,78 for liquidated damages, or a total sum of $90,103.79.

The defendant has received a credit of $4,741.50 toward amounts due and owing.

Plaintiffs to recover from defendant the sum of $420.00 for their costs and $67.50 as and for Plaintiffs' just and reasonable attorneys' fees.

Plaintiffs recover from the defendant the total sum of $85,849.79.

Plaintiffs are awarded execution for the collection of the judgments and costs granted.

The Court retains jurisdiction of this cause and all of the parties for the purpose of enforcing this order.

There being no just reason for delay, final judgment is hereby entered.

                                                      Michael W. Dobbins, Clerk of Court

Date: 3/5/2008                              /s/ Stephen C. Tokoph, Deputy Clerk