IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| HANK'S BACKHOE SERVICE, INC., an Illinois corporation, a/k/a HBS EXCAVATING, INC., | ) CIVIL ACTION<br>) NO. 08 C 0221 |
| Defendant, | ) JUDGE CHARLES P. KOCORAS |
| and | ) |
| AMERICAN CHARTERED BANCORP, INC., | ) |
| Garnishee Defendant. | ) |

**CERTIFICATE OF MAILING**

I hereby certify that I served upon the Judgment Debtor in this cause a copy of the Garnishment Summons and Garnishment Notice by first class mail to the Judgment Debtor's address as indicated in the Garnishment Notice.

DATED:   March 31   , 2008

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MOEJ\Hank's\certificate of mailing.pnr.df.wpd