UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>HANK'S BACKHOE SERVICE, INC., an Illinois )<br>corporation, a/k/a HBS EXCAVATING, INC., )<br>)<br>Defendant, )<br>)<br>and )<br>AMERICAN CHARTERED BANCORP, INC., )<br>1199 E. Higgins Road )<br>Schaumburg, IL  60173 )<br>847-517-5400 )<br>Garnishee )<br>Defendant. ) | CIVIL ACTION<br><br>NO. 08 C 0221<br><br>JUDGE CHARLES P. KOCORAS<br><br>**F I L E D**<br><br>APR 0 2 2008  **TG**<br>Apr 02 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT. |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: __NO__
    (Yes or No)

2. If your answer is yes, describe the property:

    _____
    _____
    _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: __NO__
    (Yes or No)

4. If your answer is yes, state:

    Description: _____
    Amount: $ _____
    Date Due: _____

5. <u>A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof</u>.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

**AFFIDAVIT**

_Linda Halpin / Legal Associate_ on oath states that the answers to the interrogatories are true.

Linda Halpin  847-407-2620        AMERICAN CHARTERED BAN
                                   1199 E. Higgins Road
                                   Schaumburg, IL 60173

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| Plaintiffs, | ) ) ) | RECEIVED<br>MAR 25 2008 |
| vs. | ) | MICHAEL W. DOBBINS |
| HANK'S BACKHOE SERVICE, INC., an Illinois corporation, a/k/a HBS EXCAVATING, INC., | ) ) ) | CIVIL ACTION CLERK, U.S. DISTRICT COURT<br>NO. 08 C 0221 |
| Defendant, | ) ) | JUDGE CHARLES P. KOCORAS |
| and<br>AMERICAN CHARTERED BANCORP, INC.,<br>1199 E. Higgins Road<br>Schaumburg, IL 60173<br>847-517-5400 | ) ) ) ) ) ) | RETURN DATE: APRIL 22, 2008 |
| Garnishee Defendant. | ) ) | |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Patrick N. Ryan on oath states:

1. Judgment was entered in this case on March 5, 2008 in favor of the judgment creditor William E. Dugan, et al. and against the judgment debtor Hank's Backhoe Service, Inc., a/k/a HBS Excavating, Inc. for $ 85,849.79 and costs.

2. $ 0 has been paid on the judgment.

3. There is unpaid on the judgment:
   $ 85,849.79  principal
   $      0.00  costs
   $      0.00  interest
   $ 85,849.79  TOTAL

4. I believe garnishee AMERICAN CHARTERED BANCORP, INC. is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 132 Allen Avenue, Suite 1, Grayslake, IL 60030-1428

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON March 25, 2008.

_____

NAME: Patrick N. Ryan
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312/236-4316

# American Chartered Bank

1199 E. Higgins Road
Schaumburg, IL 60173
847.517.5400 tel
www.americanchartered.com

March 31, 2008

Patrick N. Ryan
200 W. Adams St., Ste 2200
Chicago, IL 60606-5231

RE:   Non-Wage Garnishment, Case No. 08 C 0221
      William E. Dugan, et al. v. Hank's Backhoe Service Inc.,
      a/k/a HBS Excavating Inc

Dear Mr. Ryan:

Enclosed is American Chartered Bank's Interrogatories to Garnishee regarding the above case. American Chartered Bank did hold account(s) in the name of the defendant; however, the account(s) are **CLOSED as of 11/6/07**. Therefore, American Chartered Bank holds no funds to satisfy this Garnishment proceeding.

Should you have any questions, please contact me at (847) 407-2620.

Sincerely,

Linda Halpin
Legal Department

Enclosure

CC: Clerk of the Court
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Member FDIC