## United States District Court for the Northern District of Illinois

Case Number: 08CV221        Assigned/Issued By: J. N.

Judge Name: KOCORAS        Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☑ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☑ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
☐ Citation to Discover Assets            (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

_1_ Original and _1_ copies on _4-21-08_ as to _FIRST MIDWEST BANK_
                                    (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05