UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>HANK'S BACKHOE SERVICE, INC., an Illinois )<br>corporation, a/k/a HBS EXCAVATING, INC., )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>FIRST MIDWEST BANK, )<br>411 N. Seymour )<br>Mundelein, IL  60060 )<br>Garnishee )<br>Defendant. ) | CIVIL ACTION<br><br>NO.  08 C 0221<br><br>JUDGE  CHARLES P. KOCORAS<br><br>RETURN DATE:  May 19, 2008 |

FILED
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

_____Patrick N. Ryan_____ on oath states:

1. Judgment was entered in this case on __March 5__, 2008 in favor of the judgment creditor __William E. Dugan, et al.__ and against the judgment debtor __Hank's Backhoe Service, Inc.,__ for $ __85,849.79__ __a/k/a HBS Excavating, Inc.__ and costs.

2. $__0__ has been paid on the judgment.

3. There is unpaid on the judgment:
   $ __85,849.79__ principal
   $ __0.00__ costs
   $ __0.00__ interest
   $ __85,849.79__ TOTAL

4. I believe garnishee __FIRST MIDWEST BANK__ is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is __132 Allen Avenue, Suite 1, Grayslake, IL  60030-1428__

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.
**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**
**EXECUTED ON** __April 21__, 20__08__.

_____/s/ Patrick N. Ryan_____

NAME:  Patrick N. Ryan
ATTORNEY FOR:  Plaintiffs/Judgment Creditors
ADDRESS:  200 W. Adams Street, Suite 2200
CITY:  Chicago, IL  60606-5231
TELEPHONE:  312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| HANK'S BACKHOE SERVICE, INC., an Illinois corporation, a/k/a HBS EXCAVATING, INC., | ) ) ) | NO. 08 C 0221 |
| Defendant, | ) | JUDGE CHARLES P. KOCORAS |
| | ) | |
| and | ) | |
| FIRST MIDWEST BANK, 411 N. Seymour Mundelein, IL 60060 | ) ) ) ) | |
| Garnishee Defendant. | ) ) | |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: _____
   (Yes or No)

2. If your answer is yes, describe the property:

   _____
   _____
   _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: _____
   (Yes or No)

4. If your answer is yes, state:
   Description: _____
   Amount:      $ _____
   Date Due:    _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.