UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**GARNISHMENT NOTICE ON REVERSE SIDE**

| | |
|---|---|
| WILLIAM E. DUGAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br>HANK'S BACKHOE SERVICE, INC., an Illinois corporation, a/k/a HBS EXCAVATING, INC.,<br><br>Defendant,<br><br>and<br>FIRST MIDWEST BANK,<br>411 N. Seymour<br>Mundelein, IL  60060<br><br>Garnishee Defendant. | CIVIL ACTION<br><br>NO. 08 C 0221<br><br>JUDGE CHARLES P. KOCORAS |

## GARNISHMENT SUMMONS (NON-WAGE)

To the Garnishee:

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on or before** _MAY 19_, 20_08_. However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date. **IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

To the Officer:

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

Date: _4/21/08_

MICHAEL W. DOBBINS
Clerk of the Court

_/s/_ Deputy Clerk

(Seal of Court)

**NOTE:** This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.

** 21-30 days after date of issuance of this summons.

**(IMPORTANT NOTICE TO DEFENDANT ON REVERSE SIDE)**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

## GARNISHMENT NOTICE

WILLIAM E. DUGAN, et al.
_____
Judgment Creditor

v.

HANK'S BACKHOE SERVICE, INC.,
a/k/a HBS EXCAVATING, INC.
_____
Judgment Debtor

FIRST MIDWEST BANK
_____
Garnishee

CIVIL ACTION

NO.: 08 C 0221

JUDGE: CHARLES P. KOCORAS

Summons Return Date: May 19, 2008

**Judgment Debtor**

Name: Hank's Backhoe Service, Inc.
Address: 132 Allen Ave, Suite 1
City: Grayslake, IL 60030-1428
Telephone: 847-543-7585

**Judgment Creditor/Creditor's Attorney**

Name: Patrick N. Ryan
Address: 200 W. Adams St., Ste. 2200
City: Chicago, IL 60606-5231
Telephone: (312) 236-4316

Judgment in the amount of $ 85,849.79

### NOTICE

The court has issued a garnishment summons against the garnishee named above for money or property (other than wages) belonging to the judgment debtor or in which the judgment debtor has an interest. The garnishment summons was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above.

The amount of money or property (other than wages) that may be garnished is limited by federal and Illinois law. The judgment debtor has the right to assert statutory exemptions against certain money or property of the judgment debtor which may not be used to satisfy the judgment in the amount stated above.

Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; workers' compensation benefits; veterans' benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books or tools of the trade of the debtor.

The judgment debtor may have other possible exemptions from garnishment under the law.

The judgment debtor has the right to request a hearing before the court to dispute the garnishment or to declare exempt from garnishment certain money or property or both. To obtain a hearing in counties with a population of 1,000,000 or more, the judgment debtor must notify the Clerk of the Court in person and in writing at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, before the return date specified above or appear in court on the date and time on that return date. To obtain a hearing in counties with a population of less than 1,000,000, the judgment debtor must notify the Clerk of the Court in writing at 219 South Dearborn Street, 20th Floor, Chicago, IL 60604, on or before the return date specified above. The Clerk of the Court will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the garnishee regarding the time and location of the hearing. This notice may be sent by regular first class mail.

**MICHAEL W. DOBBINS, CLERK, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of Illinois | County of Northern | U S D C Court |

Case Number: 08C0221

PLAINTIFF:
**William E. Dugan, et al.,**

vs.

DEFENDENT:
**Hank's Backhoe Service, Inc., et al.,**

Received by VTS Investigations on the 24th day of April, 2008 at 3:20 pm to be served on **First Midwest Bank, 411 N. Seymore, Mundelein, IL 60060**.

I, Robert C. Regalado - Process Server, being duly sworn, depose and say that on the **25th day of April, 2008** at **10:00 am, I**:

served a **CORPORATION** by delivering a true copy of the **Garnishment Summons (Non-Wage), Affidavit For Garnishment (Non-Wage),** with the date and hour of service endorsed thereon by me, to: **Donna Steplyk** as **Banker** for **First Midwest Bank**, at the address of: **411 N. Seymore, Mundelein, IL 60060**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 130, Hair: Salt/Pepper  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

*[Official Seal: Thomas F. Dolan III, Notary Public - State of Illinois, My Commission Expires: 05/12/09]*

Robert C. Regalado - Process Server

Subscribed and Sworn to before me on the 28th day of April, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

VTS Investigations
P.O. Box 971
Elgin, IL 60121
(847) 888-4464

Our Job Serial Number: 2008001698

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c