UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, et al., )
)
      Plaintiffs, )
)
vs. )  CIVIL ACTION
)
HANK'S BACKHOE SERVICE, INC., an Illinois )  NO. 08 C 0221
corporation, a/k/a HBS EXCAVATING, INC., )
)
      Defendant, )  JUDGE CHARLES P. KOCORAS
)
and )  **F I L E D**
FIRST MIDWEST BANK, )  4-29-2008
411 N. Seymour )  APR 2 9 2008
Mundelein, IL  60060 )
)
      Garnishee )  MICHAEL W. DOBBINS
      Defendant. )  CLERK, U.S. DISTRICT COURT

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

  ANSWER: ___yes___
      (Yes or No)

2. If your answer is yes, describe the property:

___Business checking account  Ø Balance___

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

  ANSWER: ___No___
      (Yes or No)

4. If your answer is yes, state:
  Description: _____
  Amount: $ _____
  Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

___Laura [signature]___    **AFFIDAVIT** _____ on oath states that the answers to the interrogatories are true.





First Midwest Bank
3800 Rock Creek Boulevard
Joliet, Illinois 60431

**First Midwest**

Clerk - US District Court
219 S. Dearborn St
Chicago, IL 60604